IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-29-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| JOHN WILLIAM LATRAY, | |
| Defendant. | |

THIS matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. (Doc. 23.) Defendant John William Latray entered a plea in open court that provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 924(d).

IT IS ORDERED:

THAT the United States' motion (Doc. 23) is GRANTED.

THAT Defendant Latray's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d): one Smith & Wesson Revolver Model: 25 Cal: 45 SN: V681316, and any associated accessories and ammunition.

THAT the ATF or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law;

1

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property, and will also post notice on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, of the Court's preliminary order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 6th day of October, 2025.

_____
Donald W. Molloy, District Judge
United States District Court